DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. STURKIE

No. 439P88.

Case below: 91 N.C. App. 249.

Petition by Attorney General for temporary stay allowed 23 September 1988 pending consideration and determination of the Attorney General's notice of appeal and petition for discretionary review.

STATE v. WILLIAMS

No. 378P88.

Case below: 90 N.C. App. 614.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.

STATE EX REL. BRYANT v. STOREY

No. 374P88.

Case below: 90 N.C. App. 770.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.

STATE FARM MUTUAL AUTO. INS. CO. v. HOLLAND

No. 391PA88.

Case below: 90 N.C. App. 730.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 6 October 1988.

STROTHER v. N.C. FARM BUREAU MUT. INS. CO.

No. 398P88.

Case below: 90 N.C. App. 734.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.